# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1971
LT Case No. 05-2023-CF-015262-A

———————————————

FRANKLIN MERRITT,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
Aaron J. Peacock, Judge.

Matthew J. Metz, Public Defender, and Teresa D. Sutton,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard
A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

June 4, 2026

PER CURIAM.

   AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————